# Exhibit A

**SECOND AMENDMENT**

| Form **990-T** | **Exempt Organization Business Income Tax Return** (and proxy tax under section 6033(e)) For calendar year 2003 or other tax year beginning .........., 2003, and ending .........., 20 ..... ▶ See separate instructions. | | OMB No. 1545-0687 **2003** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | |

| A | Check box if address changed ☐ | Please Print or Type | Name of organization ( ☐ check box if name changed and see instructions) **MAYO CLINIC (FORMERLY MAYO FOUNDATION)** | D Employer identification number (Employees' trust, see instructions for Block D on page 7.) **41 1937751** |
|---|---|---|---|---|
| B | Exempt under section ☑ 501( C )( 3 ) ☐ 408(e) ☐ 220(e) ☐ 408A ☐ 530(a) ☐ 529(a) | | Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.) **200 FIRST STREET S.W.** City or town, state, and ZIP code **ROCHESTER, MN 55905** | E New unrelated bus. activity codes (See instructions for Block E on page 7.) **525990   561000** |
| C | Book value of all assets at end of year **4,040,047,428** | F | Group exemption number (see instructions for Block F on page 7) ▶ | |
| | | G | Check organization type ▶ ☑ 501(c) corporation   ☐ 501(c) trust   ☐ 401(a) trust   ☐ Other trust | |
| H | Describe the organization's primary unrelated business activity. ▶ INCOME FROM INVESTMENTS / ADMIN & SUPP SVCS | | | |
| I | During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . ▶ ☐ Yes ☑ No If "Yes," enter the name and identifying number of the parent corporation. ▶ | | | |
| J | The books are in care of ▶ MAYO CORPORATE TAX | | Telephone number ▶ ( 507 ) 538-1297 | |

### Part I — Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales   175,322 | | | | |
| b | Less returns and allowances _____ c Balance ▶ | 1c | 175,322 | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | 175,322 | | |
| 3 | Gross profit (subtract line 2 from line 1c) | 3 | 0 | | 0 |
| 4a | Capital gain net income (attach Schedule D) | 4a | 1,090 | | 1,090 |
| b | Net gain (loss) (Form 4797, Part II, line 18) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from partnerships and S corporations (attach statement) | 5 | 154,662 | STMT 1 | 154,662 |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | 232,863 | | 232,863 |
| 8 | Interest, annuities, royalties, and rents from controlled organizations (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (see page 9 of the instructions—attach schedule) | 12 | | | |
| 13 | **Total** (combine lines 3 through 12) | 13 | 388,615 | | 388,615 |

### Part II — Deductions Not Taken Elsewhere
(See page 9 of the instructions for limitations on deductions.) (Except for contributions, deductions must be directly connected with the unrelated business income.)

| | | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) | 18 | |
| 19 | Taxes and licenses | 19 | 24,269 |
| 20 | Charitable contributions (see page 11 of the instructions for limitation rules) | 20 | 2,539 |
| 21 | Depreciation (attach Form 4562)   21 | | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return   22a | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions** (add lines 14 through 28) | 29 | 26,808 |
| 30 | Unrelated business taxable income before net operating loss deduction (subtract line 29 from line 13) | 30 | 361,807 |
| 31 | Net operating loss deduction | 31 | 92,251 |
| 32 | Unrelated business taxable income before specific deduction (subtract line 31 from line 30) | 32 | 269,556 |
| 33 | Specific deduction (Generally $1,000, but see line 33 instructions for exceptions) | 33 | 1,000 |
| 34 | Unrelated business taxable income (subtract line 33 from line 32). If line 33 is greater than line 32, enter the smaller of zero or line 32 | 34 | 268,556 |

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11291J   Form **990-T** (2003)

Form 990-T (2003) Page 2

### Part III — Tax Computation

35  Organizations Taxable as Corporations (see instructions for tax computation on page 12). Controlled group members (sections 1561 and 1563)—check here ☑. See instructions and:
   a  Enter your share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
      (1) $ 0    (2) $ 0    (3) $ 268,556
   b  Enter organization's share of: (1) additional 5% tax (not more than $11,750)  $ 0
      (2) additional 3% tax (not more than $100,000)  $ 0
   c  Income tax on the amount on line 34 ........................................ ▶ | 35c | 91,309
36  Trusts Taxable at Trust Rates (see instructions for tax computation on page 13) Income tax on the amount on line 34 from: ☐ Tax rate schedule or ☐ Schedule D (Form 1041) ▶ | 36 |
37  Proxy tax (see page 13 of the instructions) ▶ | 37 |
38  Alternative minimum tax | 38 |
39  Total (add lines 37 and 38 to line 35c or 36, whichever applies) | 39 | 91,309

### Part IV — Tax and Payments

40a  Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) | 40a |
   b  Other credits (see page 13 of the instructions) | 40b |
   c  General business credit—Check here and indicate which forms are attached: ☐ Form 3800  ☐ Form(s)(specify) ▶ ......... | 40c |
   d  Credit for prior year minimum tax (attach Form 8801 or 8827) | 40d |
   e  Total credits (add lines 40a through 40d) | 40e |
41  Subtract line 40e from line 39 | 41 | 91,309
42  Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | 42 |
43  Total tax (add lines 41 and 42) | 43 | 91,309
44a  Payments: A 2002 overpayment credited to 2003 | 44a | 189,137
   b  2003 estimated tax payments | 44b |
   c  Tax deposited with Form 8868 | 44c | 300,000
   d  Foreign organizations—Tax paid or withheld at source (see instructions) | 44d |
   e  Backup withholding (see instructions) | 44e |
   f  Other credits and payments (see instructions) | 44f |
45  Total payments (add lines 44a through 44f) | 45 | 489,137
46  Estimated tax penalty (see page 4 of the instructions). Check ▶ ☐ if Form 2220 is attached | 46 |
47  Tax due—If line 45 is less than the total of lines 43 and 46, enter amount owed ▶ | 47 |
48  Overpayment—If line 45 is larger than the total of lines 43 and 46, enter amount overpaid ▶ | 48 | 397,828
49  Enter the amount of line 48 you want:  Credited to 2004 estimated tax ▶ 366,463   Refunded ▶ | 49 | 31,365

### Part V — Statements Regarding Certain Activities and Other Information (See instructions on page 15.)

1  At any time during the 2003 calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? — No ✓
   If "Yes," the organization may have to file Form TD F 90-22.1. If "Yes," enter the name of the foreign country here ▶ ..........
2  During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? — No ✓
   If "Yes," see page 15 of the instructions for other forms the organization may have to file.
3  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

### Schedule A—Cost of Goods Sold — Enter method of inventory valuation ▶

1  Inventory at beginning of year | 1 | 0
2  Purchases | 2 | 175,322
3  Cost of labor | 3 |
4a  Additional section 263A costs (attach schedule) | 4a |
 b  Other costs (attach schedule) | 4b |
5  Total—Add lines 1 through 4b | 5 | 175,322
6  Inventory at end of year | 6 |
7  Cost of goods sold. Subtract line 6 from line 5. (Enter here and on line 2, Part I.) | 7 | 175,322
8  Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? — Yes/No

Sign Here ▶ [signature]  Date 12/28/15  ▶ CORP. TAX DIRECTOR
Signature of officer                        Title
May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☐ No

Paid Preparer's Use Only
Preparer's signature ▶          Date          Check if self-employed ☐   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶          EIN          Phone no. (  )

Form 990-T (2003)

**Amended Return**

Form 990-T (2003)   MAYO CLINIC (F/K/A MAYO FOUNDATION)   41-1937751   Page 3

## Schedule C—Rent Income (From Real Property and Personal Property Leased With Real Property)
(See instructions on page 16.)

| 1 Description of property |
|---|
| (1) |
| (2) |
| (3) |
| (4) |

| 2 Rent received or accrued | | 3 Deductions directly connected with the income in columns 2(a) and 2(b) (attach sch.) |
|---|---|---|
| (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| Total 0 | Total 0 | Total deductions. |

Total Income (Add totals of columns 2(a) and 2(b). Enter here and on line 6, column (A), Part I, page 1.) ▶   Enter here and on line 6, column (B), Part I, page 1. ▶   0

## Schedule E—Unrelated Debt-Financed Income (See instructions on page 16.)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) STATEMENT 2 | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | 0 | 0 |
| (2) | | % | 0 | 0 |
| (3) | | % | 0 | 0 |
| (4) | | % | 0 | 0 |
| Totals ▶ | | | Enter here and on line 7, col. (A), Part I, page 1. 232,863 | Enter here and on line 7, col. (B), Part I, page 1. |

Total dividends-received deductions included in column 8 ▶

## Schedule F—Interest, Annuities, Royalties, and Rents From Controlled Organizations (See instructions on page 17.)

**Exempt Controlled Organizations**

| 1 Name of Controlled Organization | 2 Employer Identification Number | 3 Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column (4) that is included in the controlling organization's gross income | 6 Deductions directly connected with income in col (5) |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7 Taxable Income | 8 Net unrelated income (loss) (see instructions) | 9 Total of specified payments made | 10 Part of column (9) that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column (10) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| Totals ▶ | | | Add columns 5 and 10. Enter here and on line 8, Column (A), Part I, page 1.   0 | Add columns 6 and 11. Enter here and on line 8, Column (B), Part I, page 1.   0 |

Form 990-T (2003)

Form 990-T (2003)  MAYO CLINIC (F/K/A MAYO FOUNDATION)  41-1937751  Page 4

*Amended Return*

### Schedule G—Investment Income of a Section 501(c)(7), (9), or (17) Organization
(See instructions on page 18.)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (col. 3 plus col. 4) |
|---|---|---|---|---|
| (1) | | | | 0 |
| (2) | | | | 0 |
| (3) | | | | 0 |
| (4) | | | | 0 |
| Totals ▶ | Enter here and on line 9, column (A), Part I, page 1. 0 | | | Enter here and on line 9, column (B), Part I, page 1. 0 |

### Schedule I—Exploited Exempt Activity Income, Other Than Advertising Income
(See instructions on page 18.)

| 1 Description of exploited activity | 2 Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4 Net income (loss) from unrelated trade or business (column 2 minus column 3). If a gain, compute cols. 5 through 7. | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7 Excess exempt expenses (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | 0 | | | 0 |
| (2) | | | 0 | | | 0 |
| (3) | | | 0 | | | 0 |
| (4) | | | 0 | | | 0 |
| Totals ▶ | Enter here and on line 10, col. (A), Part I, pg. 1. 0 | Enter here and on line 10, col. (B), Part I, pg. 1. 0 | | | | Enter here and on line 26, Part II, page 1. 0 |

### Schedule J—Advertising Income (See instructions on page 19.)

**Part I   Income From Periodicals Reported on a Consolidated Basis**

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (col. 2 minus col. 3). If a gain, compute cols. 5 through 7. | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4). |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals (carry to Part II, line (5)) ▶ | 0 | 0 | 0 | 0 | 0 | 0 |

**Part II   Income From Periodicals Reported on a Separate Basis** (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.)

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| (5) Totals from Part I | 0 | 0 | | | | 0 |
| Totals, Part II (lines 1-5) ▶ | Enter here and on line 11, col. (A), Part I, pg. 1. 0 | Enter here and on line 11, col. (B), Part I, pg. 1. 0 | | | | Enter here and on line 27, Part II, page 1 0 |

### Schedule K—Compensation of Officers, Directors, and Trustees (See instructions on page 19.)

| 1 Name | 2 Title | 3 Percent of time devoted to business | 4 Compensation attributable to unrelated business |
|---|---|---|---|
| | | 0.00% | 0 |
| | | 0.00% | 0 |
| | | 0.00% | 0 |
| | | 0.00% | 0 |
| Total—Enter here and on line 14, Part II, page 1 ▶ | | | 0 |

Form 990-T (2003)

| Form **4626** | **Alternative Minimum Tax— Corporations** | OMB No 1545-0175 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to the corporation's tax return. | **2003** |

| Name | Employer identification number |
|---|---|
| MAYO CLINIC (F/K/A MAYO FOUNDATION) | 41-1937751 |

Note: *See page 1 of the instructions to find out if the corporation is a small corporation exempt from the AMT under section 55(e).*

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | 360,807 |
| 2 | Adjustments and preferences: | | |
| a | Depreciation of post-1986 property | 2a | 33,657 |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | 394,464 |
| 4 | Adjusted current earnings (ACE) adjustment: | | |

| | | | | | |
|---|---|---|---:|---|---:|
| a | ACE from line 10 of the worksheet on page 11 of the instructions | 4a | 428,121 | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount. See examples on page 6 of the instructions | 4b | 33,657 | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount | 4c | 25,243 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see page 6 of the instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* | 4d | 25,243 | | |

| | | | |
|---|---|---|---:|
| e | ACE adjustment.<br>• If line 4b is zero or more, enter the amount from line 4c<br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | 25,243 |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | 419,707 |
| 6 | Alternative tax net operating loss deduction (see page 7 of the instructions) | 6 | 71,357 |
| 7 | Alternative minimum taxable income. Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see page 7 of the instructions | 7 | 348,350 |
| 8 | Exemption phase-out (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see page 7 of the instructions). If zero or less, enter -0- | 8a | |
| b | Multiply line 8a by 25% (.25) | 8b | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see page 7 of the instructions). If zero or less, enter -0- | 8c | |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | 348,350 |
| 10 | Multiply line 9 by 20% (.20) | 10 | 69,670 |
| 11 | Alternative minimum tax foreign tax credit (see page 7 of the instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | 69,670 |
| 13 | Regular tax liability before all credits except the foreign tax credit and possessions tax credit | 13 | 91,309 |
| 14 | Alternative minimum tax. Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 4, or the appropriate line of the corporation's income tax return | 14 | 0 |

For Paperwork Reduction Act Notice, see page 10 of the instructions.      Cat. No. 12955I      Form **4626** (2003)

MAYO FOUNDATION                                                                                               41-1937751

## Line 4a (4626) - Adjusted Current Earnings

| | | |
|---|---|---:|
| 1 Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | **1** | 394,464 |
| 2 ACE depreciation adjustment: | | |
| a AMT depreciation ............................................... 2a   33,657 | | |
| b ACE depreciation: | | |
| (1) Post-1993 property .................................... 2b1 | | |
| (2) Post-1989, pre-1994 property ...................... 2b2 | | |
| (3) Pre-1990 MACRS property .......................... 2b3 | | |
| (4) Pre-1990 original ACRS property .................. 2b4 | | |
| (5) Property described in sections 168(f)(1) through (4) ....... 2b5 | | |
| (6) Other property ........................................ 2b6 | | |
| (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) .... 2b7   0 | | |
| c ACE depreciation adjustment. Subtract line 2b(7) from line 2a | **2c** | 33,657 |
| 3 Inclusion in ACE of items included in earnings and profits (E&P): | | |
| a Tax-exempt interest income ................................ 3a   0 | | |
| b Death benefits from life insurance contracts ............... 3b | | |
| c All other distributions from life insurance contracts (including surrenders) .... 3c | | |
| d Inside buildup of undistributed income in life insurance contracts ... 3d | | |
| e Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) ... 3e | | |
| f Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | **3f** | 0 |
| 4 Disallowance of items not deductible from E&P: | | |
| a Certain dividends received ................................ 4a | | |
| b Dividends paid on certain preferred stock of public utilities that are deductible under section 247 .... 4b | | |
| c Dividends paid to an ESOP that are deductible under section 404(k) .... 4c | | |
| d Nonpatronage dividends that are paid and deductible under section 1382(c) ... 4d | | |
| e Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) .... 4e | | |
| f Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | **4f** | 0 |
| 5 Other adjustments based on rules for figuring E&P: | | |
| a Intangible drilling costs ................................... 5a | | |
| b Circulation expenditures .................................. 5b | | |
| c Organizational expenditures .............................. 5c | | |
| d LIFO inventory adjustments ............................... 5d | | |
| e Installments sales ........................................ 5e | | |
| f Total other E&P adjustments. Combine lines 5a through 5e | **5f** | 0 |
| 6 Disallowance of loss on exchange of debt pools | **6** | |
| 7 Acquisition expenses of life insurance companies for qualified foreign contracts | **7** | |
| 8 Depletion | **8** | |
| 9 Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | **9** | |
| 10 Adjusted current earnings. Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | **10** | 428,121 |

| SCHEDULE D (Form 1120) Department of the Treasury Internal Revenue Service | Capital Gains and Losses ▶ Attach to Form 1120, 1120-A, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, 990-C, or certain Forms 990-T. | | | | OMB No. 1545-0123 **Amended Return** **2003** |
|---|---|---|---|---|---|

Name: MAYO FOUNDATION
Employer identification number: 41-1937751

### Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example: 100 shares of Z Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) (Subtract (e) from (d)) |
|---|---|---|---|---|---|
| 1 HARBOURVEST INT'L PRIVATE EQ | | | 1,090 | | 1,090 |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | 0 |
| 3 | Short-term gain or (loss) from like-kind exchanges from Form 8824 | 3 | 0 |
| 4 | Unused capital loss carryover (attach computation) | 4 | |
| 5 | Net short-term capital gain or (loss). Combine lines 1 through 4 | 5 | 1,090 |

### Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or basis | (f) Gain or (loss) |
|---|---|---|---|---|---|
| 6 | | | | | |

| | | | |
|---|---|---|---|
| 7 | Enter gain from Form 4797, column (g), line 7 or 9 | 7 | 0 |
| 8 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 8 | 0 |
| 9 | Long-term gain or (loss) from like-kind exchanges from Form 8824 | 9 | 0 |
| 10 | Capital gain distributions (see instructions) | 10 | |
| 11 | Net long-term capital gain or (loss). Combine lines 6 through 10 | 11 | 0 |

### Part III — Summary of Parts I and II

| | | | |
|---|---|---|---|
| 12 | Enter excess of net short-term capital gain (line 5) over net long-term capital loss (line 11) | 12 | 1,090 |
| 13 | Net capital gain. Enter excess of net long-term capital gain (line 11) over net short-term capital loss (line 5) | 13 | 0 |
| 14 | Add lines 12 and 13. Enter here and on Form 1120, page 1, line 8, or the proper line on other returns | 14 | 1,090 |

Note: If losses exceed gains, see *Capital losses* in the instructions on page 2.

For Paperwork Reduction Act Notice, see the instructions for Forms 1120 and 1120-A.
(HTA)                                                                                         Schedule D (Form 1120) 2003

| Form **8271** (Rev. July 1998) Department of the Treasury Internal Revenue Service | Investor Reporting of Tax Shelter Registration Number — Amended Return ▶ Attach to your tax return. ▶ If you received this form from a partnership, S corporation, or trust, see the instructions. | | OMB No. 1545-0881 Attachment Sequence No. **71** |
|---|---|---|---|
| Investor's name(s) as shown on return MAYO FOUNDATION | | Investor's identifying number 41-1937751 | Investor's tax year ended 12/31/2003 |

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | ONE LIBERTY FUND III, L.P. | 94106000066 | 04-3257212 |
| 2 | EUROPEAN RENAISSANCE CAPITAL, L.P. | 92232000084 | 04-3190156 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## General Instructions

*Section references are to the Internal Revenue Code.*

### Purpose of Form

Use Form 8271 to report the tax shelter registration number the IRS assigns to certain tax shelters required to be registered under section 6111 ("registration-required tax shelters") and to report the name and identifying number of the tax shelter. This information must be reported even if the particular interest is producing net income for the filer of Form 8271. Use additional forms to report more than 10 tax shelter registration numbers.

**Note:** *A tax shelter registration number does not indicate that the tax shelter or its claimed tax benefits have been reviewed, examined, or approved by the IRS.*

### Who Must File

Any person claiming or reporting any deduction, loss, credit, or other tax benefit, or reporting any income on any tax return from an interest purchased or otherwise acquired in a registration-required tax shelter must file Form 8271. If you are an investor in a partnership or an S corporation, look at item G, Schedule K-1 (Form 1065), or Item C, Schedule K-1 (Form 1120S). If a tax shelter registration number or the words "Applied for" appear there, then the entity is a registration-required tax shelter. If the interest is purchased or otherwise acquired by a pass-through entity, both the pass-through entity and its partners, shareholders, or beneficiaries must file Form 8271.

A pass-through entity that is the registration-required tax shelter does not have to prepare Form 8271 and give copies to its partners, shareholders, or beneficiaries unless the pass-through entity itself has invested in a registration-required tax shelter.

In certain cases, a tax shelter that does not expect to reduce the cumulative tax liability of any investor during the 5-year period ending after the date the investment is first offered for sale may be considered a "projected income investment." Such a tax shelter will not have to register, and thus not have to furnish a tax shelter registration number to investors, unless and until it ceases to be a projected income investment. It is possible, therefore, that you may not be furnished a tax shelter registration number, and not have to report it, for several years after you purchase or otherwise acquire your interest in the tax shelter. If you are later furnished a tax shelter registration number because the tax shelter ceased to be a projected income investment, follow these instructions. However, you must file Form 8271 only for tax years ending on or after the date the tax shelter ceases to be a projected income investment.

**Note:** *Even if you have an interest in a registration-required tax shelter, you do not have to file Form 8271 if you did not claim or report any deduction, loss, credit, or other tax benefit, or report any income on your tax return from an interest in the registration-required tax shelter. This could occur, for example, if for a particular year you are unable to claim any portion of a loss because of the passive activity loss limitations, and that loss is the only tax item reported to you from the shelter.*

### Filing Form 8271

Attach Form 8271 to any return on which a deduction, loss, credit, or other tax benefit is claimed or reported, or any income reported, from an interest in a registration-required tax shelter. These returns include applications for tentative refunds (Forms 1045 and 1139) and amended returns (Forms 1040X and 1120X).

### Furnishing Copies of Form 8271 to Investors

A pass-through entity that has invested in a registration-required tax shelter must furnish copies of its Form 8271 to its partners, shareholders, or beneficiaries.

However, in the case where (a) the pass-through entity acquired at least a 50% interest in one tax year in a registered tax shelter (and in which it had not held an interest in a prior year), and (b) the investment would not meet the definition of a tax shelter immediately following the acquisition if it had been offered for sale at that time, the pass-through entity need not distribute copies of Form 8271 to its investors. The pass-through entity alone is required to prepare Form 8271 and include it with the entity tax return.

### Penalty For Not Including Registration Number on Return

A $250 penalty will be charged for each failure to include a tax shelter registration number on a return on which it is required to be included unless the failure is due to reasonable cause.

### Specific Instructions

### Investor's Identifying Number

Enter the social security number or employer identification number shown on the return to which this Form 8271 is attached.

### Investor's Tax Year Ended

Enter the date the tax year ended for the return to which this Form 8271 is attached.

(HTA)  Form **8271** (Rev 7-98)

Amended Return

Form **8868**
(December 2000)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.

OMB No. 1545-1709

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box . . . . . . . . . . . . . . . . . ▶ ☐
- If you are filing for an **Additional (not automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

**Note:** *Do not complete Part II unless you have already been granted an automatic 3-month extension on a previously filed Form 8868.*

**PART I** Automatic 3-Month Extension of Time-Only submit original (no copies needed)

**Note:** Form 990-T corporations requesting an automatic 6-month extension-check this box and complete Part I only ▶ ☒
All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.

| Type or print | Name of Exempt Organization<br>MAYO FOUNDATION | Employer Identification number<br>41-1937751 |
|---|---|---|
| File by the due date for filing your return. See Instructions. | Number, street, and room or suite no. If a P.O. box, see Instructions.<br>200 FIRST STREET SW | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>ROCHESTER, MN 55905 | |

Check type of return to be filed (file a separate application for each return):

☐ Form 990          ☐ Form 990-T (corporation)                ☐ Form 4720
☐ Form 990-BL       ☒ Form 990-T (sec. 401(a) or 408(a) trust)  ☐ Form 5227
☐ Form 990-EZ       ☐ Form 990-T (trust other than above)        ☐ Form 6069
☐ Form 990-PF       ☐ Form 1041-A                                ☐ Form 8870

- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____N/A_____ . If this is for the whole group, check this box ▶ ☐. If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension will cover.

1   I request an automatic 3-month (6-month, for 990-T corporation) extension of time until ........10/15/2004........
     to file the exempt organization return for the organization named above. The extension is for the organization's return for:
     ▶ ☒ calendar year     2007 ____ or
     ▶ ☐ tax year beginning ........................... , and ending ...........................

2   If this tax year is for less than 12 months, check reason:    ☐ Initial return    ☐ Final return    ☐ Change in accounting period

3 a   If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any
      nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    74,125
   b   If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated tax
      payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . $    189,137
   c   Balance Due. Subtract line 3b from line 3a. Include your payment with this form, or, if required,
      deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System).
      See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0

### Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶                 Title ▶ CORPORATE TAX ANALYST    Date ▶

(HTA)    For Paperwork Reduction Act Notice, see instruction                          Form **8868** (12-2000)

MAYO CLINIC (F/K/A MAYO FOUNDATION)
FEDERAL ID #41-1937751
FOR THE YEAR ENDED 12-31-03

**AMENDED RETURN EXPLANATION OF CHANGES**

The return is being amended to carryback 2005 net operating losses to the 2003 tax year. This carryback resulted in a reduction of taxable income of $92,251. We also carried back $71,357 of AMT net operating losses to the 2003 tax year. After considering regular and AMT taxes, these carrybacks created a refund of $31,365.

MAYO FOUNDATION
41-1937751
ROCHESTER, MINNESOTA

**Amended Return**

EXEMPT ORGANIZATION BUSINESS INCOME TAX RETURN
FOR YEAR ENDED DECEMBER 31, 2003

### PART I, LINE 5 - INCOME (LOSS) FROM PARTNERSHIPS

|  | Income (Loss) |
|---|---:|
| Charlesbank Realty Fund V, L.P. | $ 2,267 |
| Churchill Equity & ESOP Capital Partners II, L.P. | (105,756) |
| Crow Holdings Realty Partners II, L.P. | 32,383 |
| Crow Holdings Realty Partners III, L.P. | (66) |
| Harbourvest International Private Equity Partners III - Partnership Fund L.P. | (375) |
| Sentinel Capital Partners, L.P. | 110,552 |
| Sentinel Capital Partners II, L.P. | 5,297 |
| USPF Feeder, L.P. | (12,005) |
| Wind Point Partners III, L.P. | 122,365 |
| Partnership Income (Loss) | $ 154,662 |

STATEMENT 1



MAYO FOUNDATION
41-1937751
ROCHESTER, MINNESOTA

EXEMPT ORGANIZATION BUSINESS INCOME TAX RETURN
FOR YEAR ENDED DECEMBER 31, 2003

### 990-T SCHEDULE E - UNRELATED DEBT-FINANCED INCOME

| Description of Property | Gross Income From Property | Amount of Average Acquisition Debt | Average Adjusted Basis | Percentage | Gross Income Reportable |
|---|---|---|---|---|---|
| Canyon Value Realization Fund, L.P. | 404,040 | | | 56.1707% | 226,952 |
| Shorenstein Realty Investors Six, L.P. | | | | | 4,862 |
| USPP Feeder, L.P. | 3,186 | | | 32.9237% | 1,049 |
| TOTALS | 407,226 | 0 | 0 | | 232,863 |

STATEMENT 2

# MAYO FOUNDATION
## 41-1937751
## ROCHESTER, MINNESOTA

### U.S. CORPORATION INCOME TAX RETURN
### YEAR ENDED DECEMBER 31, 2003

Pursuant to IRC Sec. 1561(a) and Regulations 1.1561-3(b) thereunder, the following members of a controlled group of corporations consent to apportion the tax bracket amounts among members of the group as indicated below for their respective taxable years.

| Controlled Group - Name, Address & Taxpayer Account Number | Taxable Year | 15% Taxable Income $0 - $50,000 | 25% Taxable Income $50,000 - $75,000 | 34% Taxable Income $75,000 - $100,000 & $335,000 - $10,000,000 | 35% Taxable Income $10,000,000 - $15,000,000; & over $18,333,333 | Additional 5% Tax Taxable Income $100,000 - $335,000 | Additional 3% Tax Taxable Income $15,000,000 - $18,333,000 |
|---|---|---|---|---|---|---|---|
| Mayo Foundation for Medical Education & Research Rochester, Minnesota 55905 EIN: 41-1506440 | 12/31/03 | $50,000 | $25,000 | $190,000 | $0 | $235,000 | $0 |
| Mayo Group Practices & Subsidiaries Rochester, Minnesota 55905 EIN: 41-1578020 | 12/31/03 | $0 | $0 | $0 | $0 | $0 | $0 |
| Mayo Clinic Jacksonville Rochester, Minnesota 55905 EIN: 59-3337021 | 12/31/03 | $0 | $0 | $50,000 | $0 | $0 | $0 |
| Mayo Foundation Rochester, Minnesota 55905 EIN 41-1937751 | 12/31/03 | $0 | $0 | $335,000 | $0 | $0 | $0 |
| Rochester Airport Company Rochester, MN 55905 EIN: 41-0506870 | 12/31/03 | $0 | $0 | $35,000 | $0 | $0 | $0 |
| Mayo Clinic Rochester Rochester, MN 55905 EIN 41-6011702 | 12/31/03 | $0 | $0 | $0 | $0 | $0 | $0 |

MAYO FOUNDATION
41-1937751
ROCHESTER, MINNESOTA

U.S. CORPORATION INCOME TAX RETURN
YEAR ENDED DECEMBER 31, 2003

Pursuant to IRC Sec. 1561(a) and Regulations 1.1561-3(b) thereunder, the following members of a controlled group of corporations consent to apportion the tax bracket amounts among members of the group as indicated below for their respective taxable years.

| Controlled Group - Name, Address & Taxpayer Account Number | Taxable Year | 15% Taxable Income $0 - $50,000 | 25% Taxable Income $50,000 - $75,000 | 34% Taxable Income $75,000 - $100,000 & $335,000 - $10,000,000 | 35% Taxable Income $10,000,000 - $15,000,000 & over $18,333,333 | Additional 5% Tax Taxable Income $100,000 - $335,000 | Additional 3% Tax Taxable Income $15,000,000 - $18,333,000 |
|---|---|---|---|---|---|---|---|
| Immanuel - St. Joseph's Hospital of Mankato, Inc. - Mayo Health System Mankato, MN 56001 EIN: 41-1236756 | 12/31/03 | $50,000 | $0 | $0 | $0 | $100,000 | $15,000,000 |
| St. Luke's Hospital Association Jacksonville, FL 32216 EIN: 59-0714831 | 12/31/03 | $0 | $0 | $5,000 | $0 | $0 | $0 |
| St. Luke's Enterprises, Inc. & Subsidiaries Jacksonville, FL 32224 EIN: 59-2723545 | 12/31/03 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total | | $50,000 | $25,000 | $665,000 | $0 | $235,000 | $0 |

Amended Return

MAYO FOUNDATION
41-1937751
ROCHESTER, MINNESOTA

**Amended Return**

U.S. CORPORATION INCOME TAX RETURN
YEAR ENDED DECEMBER 31, 2003

### CONSENT TO APPORTION $100,000 SECTION 179 PROPERTY LIMITATION, $40,000 AMT EXEMPTION, $150,000 ACCUMULATED EARNINGS TAX CREDIT, $1,000,000 LARGE CORPORATION TEST

A  In accordance with Section 179(d)(6) of the Internal Revenue Code, the following members of a controlled group of corporations consent to apportion the $100,000 maximum cost of section 179 property in the manner indicated below

B  In accordance with Sections 55(d)(2) and 1561(a)(3) of the Internal Revenue Code, the following members of a controlled group consent to apportion the $40,000 exemption amount for purposes of computing minimum tax in the manner indicated below

C  In accordance with Sections 55(d)(3) and 1561(a)(3) of the Internal Revenue Code, the following members of a controlled group consent to apportion the $150,000 exemption phase-out amount for purposes of computing minimum tax in the manner indicated below:

D  In accordance with Sections 535(c)(5) and 1561(a)(2) of the Internal Revenue Code, the following members of a controlled group consent to apportion the $150,000 accumulated earnings credit in the manner indicated below

E  In accordance with Section 6655(g)(2)(B) of the Internal Revenue Code, the following members of a controlled group of corporations consent to apportion the $1,000,000 amount for purposes of the large corporation test as indicated below

| Controlled Group - Name, Address & Taxpayer Account Number | Taxable Year | A $100,000 Section 179 Limitation | B $40,000 Alternative Minimum Tax Exemption | C $150,000 Alternative Minimum Tax Exemption Phase-out | D $150,000 Accumulated Earnings Tax Credit | E $1,000,000 Large Corporation Test |
|---|---|---|---|---|---|---|
| Mayo Foundation for Medical Education & Research Rochester, Minnesota 55905 EIN 41-1506440 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| Mayo Group Practices & Subsidiaries Rochester, Minnesota 55905 EIN 41-1578820 | 12/31/03 | $0 | $38,000 | $23,000 | $150,000 | $1,000,000 |
| Mayo Clinic Jacksonville Rochester, Minnesota 55905 EIN 59-2337623 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| Mayo Foundation Rochester, Minnesota 55905 EIN 41-1937751 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| Rochester Airport Company Rochester, MN 55905 EIN 41-0506270 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| Mayo Clinic Rochester Rochester, MN 55905 EIN 42-4011702 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| Immanuel - St. Joseph's Hospital of Mankato, Inc. - Mayo Health System Mankato, MN 56001 EIN 41-1234756 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| St. Luke's Hospital Association Jacksonville, FL 32216 EIN 59-0714831 | 12/31/03 | $0 | $0 | $0 | $0 | $0 |
| St. Luke's Enterprises, Inc. & Subsidiaries Jacksonville, FL 32234 EIN 59-2723543 | 12/31/03 | $0 | $2,000 | $127,000 | $0 | $0 |
| **Total** | | **$0** | **$40,000** | **$150,000** | **$150,000** | **$1,000,000** |

**MAYO FOUNDATION**
**41-1937751**
**ROCHESTER, MINNESOTA**

**Amended Return**

U S CORPORATION INCOME TAX RETURN
YEAR ENDED DECEMBER 31, 2003

<u>SIGNATURE PAGE</u>

The undersigned, duly authorized representative of the electing corporations listed below, hereby consents for their apportionment, the 15%, 25%, 34%, 35%, 38% and 39% tax brackets, the $100,000 section 179 property limitation, the $40,000 exemption for the computation of alternative minimum tax, the $150,000 accumulated earning credit, the $1,000,000 large corporation test amount.

By _____
Title  <u>Corporate Tax Director</u>

Renorta Young is the Corporate Tax Director for Mayo Foundation, the parent of all the entities shown on this statement (Mayo Foundation for Medical Education & Research, Mayo Group Practices & Subsidiaries, Mayo Clinic Jacksonville, Rochester Airport Company, Mayo Clinic Rochester, Immanuel - St. Joseph's Hospital of Mankato, Inc. - Mayo Health System, St. Luke's Hospital Association, and St. Luke's Enterprises, Inc. & Subs.) and has been delegated the authority to sign the tax returns of Mayo Foundation and its subsidiaries.