**In the United States District Court for the
District of Minnesota**

---

**Mayo Clinic**, a Minnesota
Corporation, on its own
behalf and as successor in
interest to Mayo Foundation,

        Plaintiff,

v.

**United States of America**,

        Defendant.

Civ. No. 16-cv-03113-JNE-KMM

---

**Index of Exhibits to United States' Summary-Judgment Motion**

# ECF Exhibits

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| 1 | Grab and Go History Presentation | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 2 | J. Noseworthy, S. Weis, and S. Plutowski, *The Mayo Clinic in the 21st Century: Reinventing a Healthcare Icon*, BREAKTHOUGH: FROM INNOVATION TO IMPACT, 292 (Owls Found. Ed. 2016) | Book obtained by counsel from Amazon.com; *see* FRE 901(a), 801(d) | Weidler |
| 3 | N. Larusso, B. Spurrier, and G. Farrugia, THINK BIG, START SMALL, MOVE FAST: A BLUEPRINT FOR TRANSFORMATION FROM THE MAYO CLINIC CENTER FOR INNOVATION (McGraw Hill Edu. 2015) | Book obtained by counsel from Amazon.com; *see* FRE 901(a), 801(d) | Weidler |
| 4 | *Mayo Clinic Sesquicentennial Commemorative: 150 Years of Serving Humanity–Through Hope and Healing* (2014) | Periodical; *see* FRE 902(6) | N/A |
| 5 | B. Fye, *The Origins and Evolution of the Mayo Clinic from 1864 to 1939: A Minnesota Family Practice Becomes and International "Medical Mecca,"* 84 Bull. Hist. Med. 323 (2010) | Periodical; *see* FRE 902(6) | N/A |
| 6 | Christopher J. Boes, *et al.*, *The Founding of the Mayo School of Graduate Medical Education*, Mayo Clinic Proceedings, Feb. 2015, 252 (Feb. 2015) | Periodical; *see* FRE 902(6) | N/A |
| 7 | Quotations from the Doctors Mayo | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 8 | Investor Presentation – Series 2012 Bonds (March 2012) | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 9 | S. Pruthi, J. Noseworthy, J. Bolton *et al.*, *Vision, mission, and values: From concept to execution at Mayo Clinic*, 2 Patient Experience Journal, Issue 2, Art. 21, 168 (2015) | Periodical; *see* FRE 902(6) | N/A |
| 10 | M. Dacy, *Logo Logic: What do those shields mean?* | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 11 | Excerpt of Transcript of 30(b)(6) Deposition Testimony of Mayo Clinic taken through its Representative, Mark A. Warner, M.D., July 18, 2018 | FRCP 56(c)(1) | Weidler |
| 12 | J. Noseworthy et al., *Mayo Clinic: The Unparalleled Patient Experience* (the "**2020 Report**") | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 13 | Technical Advice Request - Statement of Issue and Facts (April 16, 2010) | FRCP 56(c)(1) | Fager |
| 14 | IRS Form 1023, Mayo Foundation 2000, May 3, 1999 | FRCP 56(c)(1) | Fager |
| 15 | Companion Book to Ken Burns' new documentary, 'The Mayo Clinic: Faith – Hope – Science, ' now available | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| 16 | The Mayo Clinic- Faith– Hope– Science (Screenshot) | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 17 | R. Hertzlinger, R. Huckman, and J. Lesser, *Mayo Clinic: The 2020 Initiative*, Harvard Business School Case Study 9-615-027 (rev. Mar. 10, 2016) | Periodical; *see* FRE 902(6) | N/A |
| 18 | Community Engagement | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 19 | Mayo Clinic Community Contributions Program in Rochester | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 20 | Mayo Clinic Community Grant Program Florida Campus 2019 Cycle | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 21 | Work With Us – Mayo Clinic Community Contributions Program in Florida | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 22 | Work With Us – Mayo Clinic Community Contributions Program in Rochester | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 23 | Mayo Clinic Community Relations Program Priorities, Processes, and Instructions | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 24 | Mayo Clinic Facebook page | Obtained from Facebook.com; *see* FRE 801(d) | Reinken |
| 25 | Mayo Clinic LinkedIn page | Obtained from LinkedIn.com; *see* FRE 801(d) | Reinken |
| 26 | K. Ostreich, *Mayo Clinic expands all three sites to meet growing demand for destination care*, Sept. 26, 2018 | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 27 | J. McVeigh, *Mayo Clinic doubling the size of its Phoenix campus to meet patient demand*, Sept. 5, 2018 | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 28 | Mayo Clinic's Responses to United States' Requests for Admission | FRCP 56(c)(1) | Weidler |
| 29 | Strategic Statements of Mayo Clinic | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 30 | M. Dacy, LET'S VISIT MAYO CLINIC WITH DR. JACK THE HELPING DOG | Book obtained by counsel from Amazon.com; *see* FRE 901(a), 801(d) | Weidler |
| 31 | Targeted Consumer Engagement Campaign Update | Obtained online; *see* FRE 801(d) | Weidler |

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| 32 | Summary Exhibit Table 1 – Summary of Selected Information from Form 990 Returns for years 2003, 2005, 2006, and 2007 for Mayo Clinic Rochester (MCR) and Mayo Clinic (MC) | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 33 | Summary Exhibit Table 2 – Summary of Selected Information from Mayo Clinic's Form 990 Returns for years 2010, 2011, and 2012 | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 34 | Summary Table 6 – Summary of Mayo Clinic 2010 Form 990 Schedule J (Compensation Information) | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 35 | Summary Table 3 – Summary of Enrollment in Mayo Clinic's School of Graduate Medical Education, Graduate School, Medical School, and School of Health Sciences | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 36 | Summary Table 4 – Mayo Clinic Patient Data | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 37 | Summary Table 5 – Mayo Clinic Employee Data | Summary of voluminous documents that Mayo Clinic produced in discovery; *see* FRE 901(a), 1006 | Reinken |
| 38 | Screen shot showing the description of "The Mayo Difference" video | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 39 | 2003 Annual Report – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 40 | 2005 Annual Report – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 41 | 2006 Annual Report – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| 42 | 2007 Annual Report – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 43 | 2009 Annual Report – Mayo Clinic | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 44 | 2010 Annual Report – Mayo Clinic | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 45 | 2011 Annual Report – Mayo Clinic | Obtained from Mayo Clinic's website; *see* FRE 801(d) | Reinken |
| 46 | 2012 Mayo Clinic's Annual Report | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 47 | 2018 Annual Report- – Mayo Clinic | Obtained online; *see* FRE 801(d) | Reinken |
| 48 | 2003 Form 990 – Mayo Foundation | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 49 | 2005 Form 990 – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 50 | 2006 Form 990 – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 51 | 2007 Form 990 – Mayo Clinic | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 52 | 2010 Form 990 – Mayo Clinic (parts 1 through 3) | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 53 | 2011 Form 990 – Mayo Clinic (parts 1 through 8) | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 54 | 2012 Form 990 – Mayo Clinic (parts 1 through 3) | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 55 | 2003 Form 990 – Mayo Clinic Rochester | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 56 | 2005 Form 990 – Mayo Clinic Rochester | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 57 | 2006 Form 990 – Mayo Clinic Rochester | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| 58 | 2007 Form 990 – Mayo Clinic Rochester | Produced by Mayo Clinic in discovery; *see* FRE 901(a) | Weidler |
| 59 | Excerpt of deposition testimony of Mark A. Warner, M.D., in his individual capacity | FRCP 56(c) | Weidler |

# Conventionally filed Exhibits

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
| C-1 | Video: Yale School of Mgmt - Dacy and Noseworthy discuss Mission of the Clinic | Admitted by Mayo in response to USA request for admission nos. 41-46, 48 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-2 | Video: Noseworthy farewell interview broadcast on KROC 12/19/2018 | Obtained from Mayo Clinic's website; FRE 801(d) | Reinken |
| C-3 | Video: Noseworthy interview on TPT's *Almanac* 12/14/2018 | Obtained from Mayo Clinic's website; FRE 801(d) | Reinken |
| C-4 | Video: Yale School of Mgmt - Noseworthy on Health Care Delivery Improvement | Admitted by Mayo in response to USA request for admission nos. 34-36 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-5 | Video: Noseworthy's TEDx Talk at St. Mark's School | Obtained online; FRE 801(d) | Reinken |
| C-6 | Video: Noseworthy and K. Burns on Squawkbox | Admitted by Mayo in response to USA request for admission nos. 26, 27 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-7 | Video: Noseworthy interview by Maria Bartiromo | Admitted by Mayo in response to USA request for admission no. 28 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-8 | Video: Noseworthy speech at Economic Club of Minnesota | Admitted by Mayo in response to USA request for admission nos. 37 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-9 | Video: J. Murphy's Downtown Rochester Campus Tour | Admitted by Mayo in response to USA request for admission nos. 13, 14 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-10 | Video: Mayo Effect 2009 | Admitted by Mayo in response to USA request for admission nos. 22 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-11 | Video: Mayo Effect 2012 | Admitted by Mayo in response to USA request for admission nos. 23 | N/A |

| No. | Exhibit | Admissibility | Declarant |
|---|---|---|---|
|  |  | (USA Ex. 28); FRCP 56(c)(1) |  |
| C-12 | Video: Mayo Effect 2017 | Admitted by Mayo in response to USA request for admission nos. 24, 25 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-13 | Audio: Noseworthy interviewed by T. Crann on MPR | Admitted by Mayo in response to USA request for admission nos. 29, 30 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-14 | Video: Noseworthy interview on TPT's *Almanac* 2/1/2013 | Admitted by Mayo in response to USA request for admission nos. 31, 32 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-15 | Audio: Noseworthy interviewed by Roshini on WCCO | Admitted by Mayo in response to USA request for admission nos. 39, 40 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-16 | Video: Jeffrey Bolton speech to LifeScience Alley | Admitted by Mayo in response to USA request for admission nos. 38 (USA Ex. 28); FRCP 56(c)(1) | N/A |
| C-17 | Video: Mayo television commercial - Road Trip | Obtained online; FRE 801(d) | Reinken |
| C-18 | Video: Mayo television commercial - Train Ride | Obtained online; FRE 801(d) | Reinken |
| C-19 | Video: The Mayo Difference | Obtained from Mayo Clinic's website; FRE 801(d) | Reinken |
| C-20 | Audio: Noseworthy "exit interview" on MPR Dec. 2018 | Obtained from Mayo Clinic's website; FRE 801(d) | Reinken |
| C-21 | DVD: Ken Burns Presents The Mayo Clinic: Faith, Hope, Science | DVD obtained by counsel from Mayo Clinic's website; FRE 901(a), 801(d) | Weidler |
| C-22 | The Mayo Clinic: Faith, Hope, Science (Companion Book) | Book obtained from Mayo Clinic's website; FRE 901(a), 801(d) | Weidler |

|  |  |
|---|---|
| May 3, 2019 | Respectfully submitted, |
|  | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant<br>Attorney General |
|  | /s Curtis J. Weidler<br>CURTIS J. WEIDLER<br>NY No. 3003290<br>SAMUEL PETER ROBINS<br>WI Bar No. 1094149<br>ERIC M. ABERG<br>D.C. Bar 1044111<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station |
| OF COUNSEL:<br>Erica H. MacDonald<br>United States Attorney | Washington, D.C. 20044<br>Telephone: (202) 307-0668<br>Facsimile: (202) 514-6770<br>samuel.p.robins@usdoj.gov<br>curtis.j.weidler@usdoj.gov<br>eric.m.aberg@usdoj.com |