# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MAYO CLINIC, a Minnesota Corporation, on its own behalf and as successor in interest to Mayo Foundation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civ. No.: 16-cv-03113-ECT-ECW<br><br>**MATTHEW DACY AND PLAINTIFF MAYO CLINIC'S MOTION TO QUASH THE TRIAL SUBPOENA FOR MR. DACY** |

　　　Matthew D. Dacy and Plaintiff Mayo Clinic ("Mayo") hereby move the Court for an order quashing the trial subpoena for Mr. Dacy, or, in the alternative, an order allowing Mr. Dacy to testify via videoconference.

　　　In support of their Motion, Mr. Dacy and Mayo rely on the accompanying Memorandum of Law, the Declaration of Matthew D. Dacy, and the Declaration of Erin Sindberg Porter and the exhibits attached thereto. For the reasons articulated in the supporting Memorandum and based on the entire record in this matter, Mr. Dacy and Mayo respectfully request that the Court grant their Motion to Quash the Trial Subpoena for Mr. Dacy, or, in the alternative, allow Mr. Dacy to testify via videoconference.

Dated:  April 8, 2022                                  Respectfully submitted,


                                                  By: *s/Erin Sindberg Porter*
                                                  Erin Sindberg Porter (MN 0388345)
                                                  JONES DAY
                                                  90 South Seventh Street
                                                  Suite 4950
                                                  Minneapolis, MN 55402
                                                  Telephone:  (612) 217-8800
                                                  Facsimile:   (844) 345-3178
                                                  esindbergporter@jonesday.com

                                                  ATTORNEY FOR MATTHEW D.
                                                  DACY AND PLAINTIFF MAYO CLINIC


                                                  Jacob A. Vandelist (MN 0396756)
                                                  JONES DAY
                                                  90 South Seventh Street
                                                  Suite 4950
                                                  Minneapolis, MN 55402
                                                  Telephone:  (612) 217-8800
                                                  Facsimile:   (844) 345-3178
                                                  jvandelist@jonesday.com

                                                  Mark P. Rotatori (admitted *pro hac vice*)
                                                  JONES DAY
                                                  77 West Wacker
                                                  Chicago, IL 60601-1692
                                                  Telephone:  (312) 782-3939
                                                  Facsimile:   (312) 782-8585
                                                  mprotatori@jonesday.com

                                                  ATTORNEYS FOR PLAINTIFF
                                                  MAYO CLINIC