UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mayo Clinic, *a Minnesota Corporation, on its own behalf and as successor in interest to Mayo Foundation*, <br><br>     Plaintiff, <br><br> v. <br><br> United States of America, <br><br>     Defendant. | File No. 16-cv-3113 (ECT/ECW) <br><br><br> **ORDER SETTING BRIEFING SCHEDULE** |

---

Based on the parties' stipulation [ECF No. 342], **IT IS HEREBY ORDERED** that the United States shall file its response memorandum to Plaintiff's motion to clarify judgment [ECF No. 335] on or before February 3, 2023, and Mayo Clinic shall file its reply memorandum on or before February 24, 2023.


Date:  January 12, 2023         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court