**In the United States District Court for the
District of Minnesota**

---

**MAYO CLINIC**, a Minnesota Corporation, on its own behalf and as successor in interest to Mayo Foundation,

    Plaintiff,

v.

**UNITED STATES OF AMERICA,**

    Defendant.

No. 16-CV-3113-ECT-ECW

---

**United States' Notice of Appeal**

Notice is hereby given that the United States of America, the defendant in the above-captioned action, hereby appeals to the U.S. Court of Appeals for the Eighth Circuit from (i) the final judgment entered in this action on December 9, 2022 (D. 332), as amended on March 24, 2023 (D. 358), and (ii) the Findings of Fact and Conclusions of Law entered in this action on November 22, 2022 (D. 331).

Date: May 18, 2023	DAVID A. HUBBERT
	Deputy Assistant Attorney General
	Tax Division


	/s/ Gregory E. Van Hoey
	GREGORY E. VAN HOEY
	MD No. 0312170330
	Trial Attorney, Tax Division
	U.S. Department of Justice
	Post Office Box 7238
	Ben Franklin Station
	Washington, D.C. 20044
	Telephone: (202) 307-6391
	Facsimile: (202) 514-6770
	gregory.van.hoey@usdoj.gov